# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| PHILLIP CRINER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-CV-416 HEA |
| ) | |
| RICHARD ADAMS, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented plaintiff has submitted an unsigned Prisoner Civil Rights Complaint form. *See* ECF No. 1 at 12. The Local Rules of this Court require that all filings be signed by the self-represented party or the party's attorney. *See* E.D. Mo. L.R. 2.01(A)(1). Similarly, under Federal Rule of Civil Procedure 11(a), every written pleading or motion must be signed "by a party personally if the party is unrepresented" and the Court must strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." As a result, the Court will order the Clerk to return the complaint to plaintiff so that he may sign it and return it to the Court for filing.

In addition, plaintiff has neither paid the $405 filing fee nor filed a motion for leave to proceed *in forma pauperis*. A motion for leave to proceed *in forma pauperis* should be filed on a Court form accompanied by a certified copy of plaintiff's inmate account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Alternatively, plaintiff may pay the full $405 filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return plaintiff's complaint to him.

**IT IS FURTHER ORDERED** that plaintiff shall complete and sign the complaint and return it to the Court within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Application to Proceed in District Court without Prepaying Fees and Costs form.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $405 filing fee or submit a completed Application to Proceed in District Court without Prepaying Fees and Costs form within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that, if plaintiff chooses to submit an Application to Proceed in District Court without Prepaying Fees and Costs, plaintiff shall file a certified copy of his prison account statement for the six-month period immediately preceding the filing of the case, within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 19th day of March, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE