UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILLIP CRINER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-cv-00416-HEA |
| SAMUEL SNYDER, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit for collection of the appellate filing fees pursuant to *Henderson v. Norris*, 129 F.3d 481 (8th Cir. 1997). Pursuant to *Henderson*, no later than January 5, 2026, Plaintiff shall file an updated copy of his prison account statement for the past six months so that the Court may calculate the initial partial appellate filing fee. *See Henderson*, 129 F.3d at 484 (outlining the process by which the assessed fees are calculated and collected).

Accordingly,

**IT IS HEREBY ORDERED** that no later than **January 5, 2026**, Plaintiff shall file an updated certified copy of his prison account statement for the past six months.

Dated this 5th day of December, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE