UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILLIP CRINER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 4:24-cv-00416-HEA |
| SAMUEL SNYDER, et al., | ) ) ) |
| Defendants. | ) ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit for calculation and collection of the appellate filing fee pursuant to *Henderson v. Norris*, 129 F.3d 481 (8th Cir. 1997). *See* Doc. 37. The Court previously ordered Plaintiff to file an updated copy of his prison account statement for the past six months, but Plaintiff has not done so. Under *Henderson*, if the Court does not receive a copy of Plaintiff's prison account statement, "it shall calculate the initial appellate partial filing fee at $35 or such other reasonable amount warranted by available information." *Henderson*, 129 F.3d at 485. The Court calculated Plaintiff's initial partial filing fee in the district court at $43.78 based on the prison account statement he filed on May 16, 2024. Doc. 8. The Court finds $43.78 to be a reasonable amount for the initial partial appellate filing fee.

**IT IS HEREBY ORDERED** that Plaintiff must pay an initial appellate filing fee of $43.78 within 30 days of the date of this Order.  Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and include on it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an appellate proceeding.

Dated this 15th day of January, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE